DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DONALD L. LASTRINA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2252

_____

September 21, 2022

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court
for Highlands County; Peter F. Estrada, Judge.

Donald L. Lastrina, pro se.

PER CURIAM.


        Affirmed.


CASANUEVA, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.